<u>**EXHIBIT A**</u>

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA**

| | |
|---|---|
| MARILYN MCDANIEL, JOE NICHOLS, and BARBARA GAMBLE )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>G4S SECURE SOLUTIONS (USA) INC., GUARDSMARK, LLC, and BASF CORPORATION )<br>)<br>Defendants. ) | Case No. 1:12-cv-319<br>Mattice/Carter |

**ORDER APPROVING SETTLEMENT AGREEMENTS
AND DISMISSING CASE WITH PREJUDICE**

The parties' Joint Motion for Approval of Confidential Settlement Agreements is GRANTED. The Court has reviewed the settlement agreements reflecting the global settlement reached by the parties and finds that the settlement is a fair and reasonable compromise of Plaintiffs' claims.

It is therefore ORDERED that the settlement agreements between the parties are APPROVED, and this action is hereby DISMISSED with prejudice.

Dated this ___ day of _____, 2013

ENTER:

_____
William B. Mitchell Carter, U.S. Magistrate Judge