FILED

MAY 07 2013

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

MARILYN MCDANIEL, JOE NICHOLS, )
and BARBARA GAMBLE )
)
Plaintiffs, )
) Case No. 1:12-cv-319
v. ) Mattice/Carter
)
G4S SECURE SOLUTIONS (USA) INC., )
GUARDSMARK, LLC, and BASF )
CORPORATION )
)
Defendants. )

## ORDER APPROVING SETTLEMENT AGREEMENTS
## AND DISMISSING CASE WITH PREJUDICE

The parties' Joint Motion for Approval of Confidential Settlement Agreements is GRANTED. The Court has reviewed the settlement agreements reflecting the global settlement reached by the parties and finds that the settlement is a fair and reasonable compromise of Plaintiffs' claims.

It is therefore ORDERED that the settlement agreements between the parties are APPROVED, and this action is hereby DISMISSED with prejudice.

Dated this 7th day of May, 2013

ENTER:

_____
William B. Mitchell Carter, U.S. Magistrate Judge